IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faron Earl Tisher, Sr., ) | No. CV 04-0434-PHX-EHC (ECV) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora Schriro, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before this court is Plaintiff's Motion for Order for Production of Documents and Finding of Contempt (Doc. #70). A Judgment (Doc. #65) was entered in this matter on February 21, 2006, dismissing the action. Plaintiff filed a Notice of Appeal (Doc. #68) on May 12, 2006, along with an Application to Proceed *In Forma Pauperis* (Doc. #69), which is pending before Judge Carroll.

In the motion for production of documents, Plaintiff claims that two correctional officers at the prison where he is housed have failed to provide him with a certified copy of his prison trust account statement, which is required for his *in forma pauperis* application. Plaintiff seeks an order requiring the officers to produce the account statement and holding them in contempt of court.

An application to proceed *in forma pauperis* requires an affidavit of indigence and a certified copy of the inmate's trust account statement for the six months preceding the filing of the notice of appeal. 28 U.S.C. § 1915(a)(2). The inmate must obtain the statement from

1  the appropriate official of the prison where he is confined. Id. The Arizona Department of
2  Corrections has notified the court that a certified trust account statement is available from the
3  Central Office Inmate Banking Section ("COIBS") upon an inmate's request. Plaintiff's
4  request for a certified statement should therefore be submitted to the COIBS rather than the
5  two correctional officers identified in Plaintiff's motion. Accordingly, Plaintiff's request to
6  compel production and hold the correctional officers in contempt will be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Order for Production of Documents and Finding of Contempt (Doc. #70) is **denied**.

DATED this 19th day of May, 2006.

_____
Edward C. Voss
United States Magistrate Judge